SHIPP v. TEXAS & P. RY. CO.† (Circuit Court of Appeals, Fifth Circuit. February 18, 1913.) No. 2,379. In Error to the District Court, of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Chas. Louque, of New Orleans, La., for plaintiff in error. Chas. Payne Fenner, of New Orleans, La., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The petition in this case states no case of liability under the Employers' Liability Act of 1908 (Act April 22, 1908, c. 149, 35 Stat. 65 [U. S. Comp. St. Supp. 1911, p. 1322]) as amended by act of 1910 (Act April 5, 1910, c. 143, 36 Stat. 291 [U. S. Comp. St. Supp. 1911, p. 1324]). Under the Louisiana law applicable, the case does not show that the defendant was guilty of negligence, but shows that the plaintiff's decedent was guilty of contributory negligence in the matter resulting in his death. The judgment of the District Court is affirmed.

---

STOUGHTON WAGON CO. v. COWAN. (Circuit Court of Appeals, Fifth Circuit. January 7, 1913.) No. 2,424. Appeal from the District Court of the United States for the Northern District of Alabama; Wm. I. Grubb, Judge. G. R. Harsh and Wm. C. Fitts, both of Birmingham, Ala., for appellant. Wm. K. Brown, of Birmingham, Ala., for appellee. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. A majority of the judges being of opinion that this case was correctly ruled in the court below, the decree (198 Fed. 336) appealed from is affirmed.

---

WALKER v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. February 4, 1913.) No. 2,386. In Error to the District Court of the United States for the Northern District of Texas; Edw. R. Meek, Judge. F. M. Etheridge and Jos. M. McCormick, both of Dallas, Tex., for plaintiff in error. Wm. H. Atwell, U. S. Atty., of Dallas, Tex. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The evidence was sufficient to warrant the submission of the case to the jury, and we find no reversible error in any of the rulings of the trial judge. The judgment is affirmed.

---

WRIGHT v. LOUISVILLE & N. R. CO. et al. (Circuit Court of Appeals, Fifth Circuit. January 14, 1913.) No. 2,417. Appeal and Cross-Appeal from the United States District Court for the Northern District of Georgia; Wm. T. Newman, Judge. Thos. S. Felder, of Atlanta, Ga., and Jno. C. Hart and Samuel Sibley, both of Union Point, Ga., for appellant and cross-appellee. Alex C. King, of Atlanta, Ga., and Jos. B. Cumming and Bryan Cumming, both of Augusta, Ga., for appellees and cross-appellants. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. For the reasons given in the opinion of the trial judge found in the transcript, the decree appealed from (199 Fed. 454) is affirmed, the costs of appeal to be divided equally between the parties.

† Rehearing denied March 18, 1913.